# UNITED STATES DISTRICT COURT

RECEIVED
USDC. CLERK GREENVILLE, SC
2018 SEP -4 AM 10:00

for the

District of South Carolina

Greenville Division

Cale Marcus Strickland
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

WCMH NBC 4i et al
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ____________
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cale Marcus Strickland |
| Street Address | P.O. Box 117 |
| City and County | Drayton Spartanburg |
| State and Zip Code | SC 29333 |
| Telephone Number | 864-256-6144 |
| E-mail Address | c.strickland.0000 at gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | WCMH NBC 4i |
| Job or Title *(if known)* | News Station |
| Street Address | 3165 Olentangy River Rd |
| City and County | Columbus Fayette |
| State and Zip Code | Ohio 43202 |
| Telephone Number | 614-261-4722 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Ken Freedman |
| Job or Title *(if known)* | General Manager for WCMH NBC 4i |
| Street Address | 3165 Olentangy River Rd. |
| City and County | Columbus Fayette |
| State and Zip Code | Ohio 43202 |
| Telephone Number | 614-261-4722 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

South Carolina Code of Law Section 16-7-150

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

III. Statement of Claim

On Dec. 3rd 2015, I was arrested. The arrest was in Spartanburg S.C. by Officer Schall of the Spartanburg County Sheriff's Office. I was incarcerated two hundred seventeen (217) days. When I was released I did not know that there was a report published about that arrest. I found out by typing my name on the computer. What I saw did not make any sense to me. I didn't say anything to anyone. I tried to understand it. (It being the published report on the computer). There was a lot and some of the stuff I can't find anymore. There was a lot on Facebook some on twitter. What I saw was like 2.2 million views on Facebook and 1200 shares on Facebook. There are some posts by people talking about drugs and really saying inappropriate things. Some of these people are like 12 years old and 13 years old. I read about defamation and saw a thing about malice and I'm pretty sure the thing that shanny (who wrote for empty net sports) said about my name would be malice. Also that like Facebook would not be responsible for all the published material because they allow other people to publish and it's not them. What was published on the computer was also reported over the t.v. And magazines. And what was wrote (wrote meaning the material about the Dec. 3rd 2015, arrest) was not true. It wasn't just not true, the whole thing was made up. There was not anything about the story that was what happened at the arrest. There was everything not said. I saw that Officer again who arrested me and confronted him, he told me to go away. He was the same officer who wrote the arrest report. I got a copy of the arrest report and it's the same story almost that the report on the computer was. All of the reports had their own little twist that was different from the arrest report and other reports from the computer. I saw the arrest report and I was kind of hard to believe that the cop wrote a story. A bizarre story that wasn't at all what happened. That's when I confronted him about it. After I saw that he wrote that on the arrest report. On the arrest report has a place for a superior officer to approve. This report was not approved. During my incarceration I was not ever took to a trial and my release was not authorized with my consent. And for reasons of an ongoing case I don't want to say anything else about the case. There are injuries. I don't like the identity that has come from this and it stops me from being able to eat and work.

III. Statement of Claim page 2

On Dec. 7th 2015, WCMH NBC 4i with general manager Ken Freedman of WCMH NBC 4i, published a report about me that was damaging to me. The report was a story of a arrest I went through Dec. 3rd 2018. They published their own false version of a supposedly true story about me of a police report that was wrote by a officer of the Spartanburg County Sheriff's Office of the Dec. 3rd 2015, arrest I went through. August 18th 2018, the report is still published on the computer.

Cale Strickland

IV. Relief

For the relief of the report published with false statements on Dec. 7th 2015, I'm seeking one million, six hundred fifty thousand dollars.

I'm seeking one million, six hundred fifty thousand dollars for relief because the report that was published was damaging to me. It has caused me to be different and I'm tired of having to think about the people who it has made a impression to. I don't want that identity and because of the report being known it has effected my appetite and working with others and even getting to know new people.

Cale Strickland

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-19-2018

Signature of Plaintiff [signature]

Printed Name of Plaintiff Cale Marcus Strickland

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______