

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | | |
|---|---|---|
| CALE MARCUS STRICKLAND, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION 7:18-2435-MGL-KFM |
| | § | |
| WCMH NBC 4i and KEN FREEDMAN, | § | |
| Defendants. | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## AND DISMISSING THIS ACTION WITHOUT PREJUDICE

Plaintiff Cale Marcus Strickland (Strickland), who is proceeding pro se, filed this as a defamation action. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting this case be dismissed without prejudice. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on October 3, 2018, but Strickland failed to file any objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court this action is **DISMISSED WITHOUT PREJUDICE**.

The Magistrate Judge suggested the Court dismiss this action without prejudice because (1) Strickland neglected to comply with the September 5, 2018, proper form order and (2) his complaint fails to state a claim upon which relief may be granted.

If, not later than fourteen days from the date of this Order, Strickland both complies with the proper form order and amends his complaint to remedy the deficiencies outlined in the Report, the Court will reopen this case. Otherwise, the Court will order this action be dismissed with prejudice.

**IT IS SO ORDERED**.

Signed this 25th day of October, 2018, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to the Federal Rules of Appellate Procedure.